# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Albert Charles Burgess, Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:14-cv-00047-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Attorney General of the United States, | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 11, 2014 Order.

March 11, 2014

Frank G. Johns, Clerk
United States District Court