UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-47-FDW
(1:09-cr-17-GCM-DLH-1)

| | | |
|---|---|---|
| ALBERT C. BURGESS, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ATTORNEY GENERAL OF THE UNITED STATES, | ) ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court on consideration of Petitioner's motion to reconsider the Order denying his petition for relief, filed pursuant to 28 U.S.C. § 1651. The Court has examined the motion and finds that it should be denied for the reasons stated in the Court's Order denying his § 1651 petition. (Doc. No. 2: Order).

**IT IS, THEREFORE, ORDERED** that Petitioner's motion to reconsider is **DENIED.** (Doc. No. 4).

**IT IS SO ORDERED.**

Signed: April 2, 2014

Frank D. Whitney
Chief United States District Judge